# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THE MARCELLUS SHALE COALITION,   :   No. 66 MAP 2019
:
　　　　　　　　Appellant   :
:   Notice of Appeal from the Order of
:   the Commonwealth Court at No. 573
　　　　　v.   :   MD 2016 dated July 22, 2019.
:
:
DEPARTMENT OF ENVIRONMENTAL   :
PROTECTION OF THE COMMONWEALTH   :
OF PENNSYLVANIA AND   :
ENVIRONMENTAL QUALITY BOARD OF   :
THE COMMONWEALTH OF   :
PENNSYLVANIA,   :
:
　　　　　　　　Appellees   :

## ORDER

**PER CURIAM**

　　**AND NOW**, this 24th day of December, 2019, the Notice of Appeal is QUASHED without prejudice to Appellant's ability to raise the claims therein on appeal from a final order of the Commonwealth Court. *See United States Orgs. for Bank. Alts., Inc. v. Dep't of Banking,* 26 A.3d 474 (Pa. 2011).